1
2
3
4
5
6
7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  JERRY DORAN, an individual;    No. 2:03-cv-0539-MCE-GGH
    and DISABILITY RIGHTS
12  ENFORCEMENT, EDUCATION
    SERVICES: HELPING YOU HELP
13  OTHERS, a California public
    benefit corporation,
14
                Plaintiffs,
15                                  **ORDER RE: SETTLEMENT AND**
         v.                         **DISPOSITION**
16
    DISCOVERY PARK DAYS INN;
17  DISCOVERY INN GROUP, a
    California limited
18  partnership; and RATAN NP,
    LLC, a California limited
19  liability company,

20              Defendants.
    _____/
21

22       Pursuant to the representations of the attorney for

23  Plaintiffs, the Court has determined that this case is settled.

24       In accordance with the provisions of Local Rule 16-160,

25  dispositional documents are to be filed on or before May 19,

26  2006.

27  ///

28  ///

1    Failure to comply with this Order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this Order.
4    IT IS SO ORDERED.
5 DATED: April 28, 2006

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```