1  THOMAS E. FRANKOVICH (State Bar #074414)
   JENNIFER L. STENEBERG (State Bar #202985)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA   94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs JERRY DORAN and
6  DISABILITY RIGHTS ENFORCEMENT, EDUCATION
   SERVICES: HELPING YOU HELP OTHERS
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 JERRY DORAN, an individual; and      )   **No. 2:03-cv-0539-MCE-GGH**
   DISABILITY RIGHTS                    )
11 ENFORCEMENT, EDUCATION               )
   SERVICES: HELPING YOU HELP           )
12 OTHERS, a California public benefit  )
   corporation,                         )
13                                      )
            Plaintiff,                  )
14                                      )   **STIPULATION OF DISMISSAL AND**
        v.                              )   **ORDER THEREON**
15                                      )
   DISCOVERY PARK DAYS INN;             )
16 DISCOVERY INN GROUP, a California    )
   limited partnership; and RATAN NP,   )
17 LLC, a California limited liability  )
   company,                             )
18                                      )
            Defendants.                 )
19 _____ )

20       The parties, by and through their respective counsel, stipulate to dismissal of this action

21 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

22 Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs

23 and attorneys' fees.

24       Therefore, IT IS HEREBY STIPULATED by and between parties to this action

25 through their designated counsel that the above-captioned action be and hereby is dismissed

26 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

27 ///

28 ///

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: May 9, 2006                    THOMAS E. FRANKOVICH,
                                      *A PROFESSIONAL LAW CORPORATION*


                                      By:   /s/ Jennifer L. Steneberg
                                            Jennifer L. Steneberg
                                      Attorneys for Plaintiffs JERRY DORAN and
                                      DISABILITY RIGHTS ENFORCEMENT,
                                      EDUCATION SERVICES: HELPING YOU
                                      HELP OTHERS

DATED:                                HAAS & NAJARIAN


                                      By:   /s/ Robert C. Nicholas
                                            Robert C. Nicholas
                                      Attorneys for Defendant RATAN NP, LLC

**O R D E R**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: May 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE